IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DIANA COATS,                          )
                                      )    2:05-cv-446-GEB-PAN (JFM)
                    Plaintiffs,       )
                                      )    ORDER
     v.                               )
                                      )
HIGHMARK LIFE INSURANCE COMPANY;      )
FAMILIES FIRST, INC., LONG TERM       )
DISABILITY PLAN; FAMILIES FIRST,      )
INC., MEDICAL PLAN; FAMILIES          )
FIRST, INC., LIFE INSURANCE PLAN;     )
FAMILIES FIRST, INC.,                 )
PENSION/RETIREMENT PLAN,              )
                                      )
                    Defendants.       )
                                      )
```

          Pursuant to the parties' stipulation filed on February 13, 2006, this case is referred to the Voluntary Dispute Resolution Program.  Accordingly, the Rule 16 Scheduling Order is modified as follows: the final pretrial conference is rescheduled to commence at 1:30 p.m. on June 26, 2006, and trial is rescheduled to commence at 9:00 a.m. on October 17, 2006.

          IT IS SO ORDERED.

Dated:  March 24, 2006

                                            /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge