1  Jeffrey E. Mitchell (Bar. No. 229785)
   Email: jeff.mitchell@dlapiper.com
2  DLA PIPER RUDNICK GRAY CARY US LLP
   153 Townsend, Suite 800
3  San Francisco, California 94107
   Tel: 415-836-2570
4  Fax: 415-836-2501
   Attorneys for Defendant
5  Highmark Life Insurance Company

6  Chris Gibson (Bar No. 73353)
   Email: cgibson@boutindentino.com
7  BOUTIN DENTINO GIBSON DI GIUSTO,
   HODELL INC.
8  555 Capitol Mall, Suite 1500
   Sacramento, CA 95814
9  Tel: 916-321-4444
   Fax: 916-441-7597
10

   Glenn R. Kantor (Bar No. 122643)
11 Email: gkantor@kantorlaw.net
   Peter S. Sessions (Bar No. 193301)
12 Email: psessions@kantorlaw.net
   KANTOR & KANTOR LLP
13 17216 Parthenia Street
   Northridge, California 91325
14 Tel: 818-886-2525
   Fax: 818-350-6272
15 Attorneys for Plaintiff,
   Diana Coats

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA COATES, | CASE NO. . 2:05-CV-446 GEB PAN |
| Plaintiff, | STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENT AND [PROPOSED] ORDER THEREON |
| v. | |
| HIGHMARK LIFE INSURANCE COMPANY; FAMILIES FIRST, INC. LONG TERM DISABILITY PLAN; FAMILIES FIRST, INC. MEDICAL PLAN; FAMILIES FIRST, INC. LIFE INSURANCE PLAN; FAMILIES FIRST, INC. PENSION/RETIREMENT PLAN, | |
| Defendant. | |

SF\3129689.1

DLA PIPER RUDNICK
GRAY CARY US LLP

STIPULATION TO EXTEND DEADLINE TO FILE
DISPOSITIONAL DOCUMENT AND [PROPOSED] ORDER
2:05-CV-446 GEB PAN

PDF created with pdfFactory trial version www.pdffactory.com

1. On July 25, 2006, the parties reached a settlement of this matter before Bradley Benbrook, the Neutral Attorney appointed to facilitate this action in the Voluntary Dispute Resolution Program ("VDRP");

2. However, the parties have not drafted the final terms of the Settlement Agreement and Mutual Release. The delay has not been caused by a disagreement concerning the settlement terms reached at the VDRP, but merely an issue of processing the Settlement Agreement and Mutual Release;

3. The Court's Order dated July 28, 2006 requires a dispositional document to be filed no later than August 15, 2006. Now, therefore, it is hereby stipulated and agreed, subject to the Court's approval, that pursuant to Local Rule 16-160(B), the Court continue this date for 14 days, until August 29, 2006, while the parties finalize the Settlement Agreement and Mutual Release.

Dated: August _____, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JEFFREY E. MICHELL
Attorneys for Defendant
HIGHMARK LIFE INSURANCE COMPANY

Dated August _____, 2006

BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.

By _____
CHRIS GIBSON
Attorneys for Defendant
FAMILIES FIRST INC. GROUP LONG TERM DISABILITY PLAN

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: August _____, 2006

2 |         KANTOR & KANTOR

3

4 | By _____
    PETER S. SESSIONS
    Attorneys for Plaintiff
5 |     DIANA COATS

### **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the currently scheduled date of August 15, 2006 to file a dispositional document related to settlement in this matter be continued to August 29, 2006.

DATED:  August 15, 2006

          /s/ Garland E. Burrell, Jr.

        **GARLAND E. BURRELL, JR.**
        United States District Judge

DLA PIPER RUDNICK
GRAY CARY US LLP

SF\3129689.1

-3-

STIPULATION TO EXTEND DEADLINE TO FILE
DISPOSITIONAL DOCUMENT AND [PROPOSED] ORDER
2:05-CV-446 GEB PAN

PDF created with pdfFactory trial version www.pdffactory.com